In the Matter of AARON STEGER, Appellant, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Submitted March 10, 1941; decided March 13, 1941.

*William C. Chanler*, Corporation Counsel (*Charles F. Murphy* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.